UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 22-00407JVS(ADSx) | Date | July 7, 2022 |
| Title | Vincent McCrudden v John DeMarco, et al | | |

Present: The Honorable **James V. Selna, US District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                                Not Present

**Proceedings:**   [IN CHAMBERS]   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby issues an Order to Show Cause (OSC) why this action should not be dismissed for lack of prosecution and/or sanctions imposed for failure to file a Joint Rule 26(f) Report. A response must be made, in writing, no later than **July 18, 2022.** As an alternative to a written response, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

__X__   **Joint Rule 26(f) Report** with the Court's Attached Exhibit A

   Two uniteral Rule 26 reports does not conform to this Court's order or the Local Rules. Plaintiff and counsel are reminded of the standards of professional conduct (LR 83-3.1.2.) Federal cases are a dignified search for the truth.

   It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

   **Scheduling Conference set for July 11, 2022 is continued to August 8, 2022 at 10:30 a.m.** Counsel shall file the Joint Rule 26 Meeting Report, with the completed Exhibit A, by August 1, 2022 if not filed as a response to the OSC.

                                                                                                                    :     0

                                                                       Initials of Preparer        lmb