UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:22-cv-00407-JDE | Date | August 22, 2022 |
|---|---|---|---|
| Title | Vincent McCrudden v. John DeMarco, et al., | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**    (In Chambers) Order Denying Motions [Dkt. 44, 51] for Failure to Comply with Local Rule 7-3

On August 3, 2022, Plaintiff Vincent McCrudden ("Plaintiff") filed a Motion for Sanctions under Fed. R. Civ. P. 11, and on August 15, 2022, filed a Motion for Reconsideration. Dkt. 44, 51 ("Motions"). Central District of California Local Civil Rule 7-3 provides:

> In all cases not listed as exempt in L.R. 16-12, and except in connection with discovery motions (which are governed by L.R. 37-1 through 37-4) and applications for temporary restraining orders or preliminary injunctions, counsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution. The conference shall take place at least seven (7) days prior to the filing of the motion. If the parties are unable to reach a resolution which eliminates the necessity for a hearing, counsel for the moving party shall include in the notice of motion a statement to the following effect:
> > "This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on (date)."

The Motions do not contain the attestation required by Local Rue 7-3. The Motions (Dkt. 44, 51) are therefore DENIED without prejudice for failure to comply with the Local Rules. Any future motions or requests for Court intervention in this case shall include in the notice the date, time, and duration that the parties spoke to, in good faith, attempt to resolve their disputes, under Local Rule 7-3 or, as applicable, Local Rule 37-1, or alternatively, include a declaration that sets forth facts showing that the opposing party refused a reasonable request to so speak. Failure to make a good faith attempt to resolve disputes telephonically before filing motions or other applications may result in sanctions in the future.

IT IS SO ORDERED.