JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| VINCENT MCCRUDDEN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>JOHN DEMARCO, JAMES D. DAILY ESQUIRE, DAILY LAW GROUP, KATHLEEN "KAT" MCFARLIN, STASSI MEDIA GROUP LLC, STASSI CAPITAL PUBLISHING GROUP, LLC, STASSI MEDIA, LLC, STASSI NATIVE CAPITAL HOLDINGS GROUP, LLC and KATMAC COMPANY, LLC<br><br>　　Defendants. | Case No. 8:22-cv-00407-JDE<br><br>JUDGMENT |

　　Pursuant to the Order of Dismissal,

　　IT IS ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED with prejudice.

Dated: February 10, 2023

_____
JOHN D. EARLY
United States Magistrate Judge